JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LASHAUN PRICE,<br><br>          Petitioner,<br><br>     v.<br><br>KELLY SANTORO, Warden,<br><br>          Respondent. | Case No. CV 21-9446-RGK(JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 3/3/2023

*/s/ Gary Klausner*
R. GARY KLAUSNER
U.S. DISTRICT JUDGE