# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LASHAUN PRICE,<br><br>        Petitioner,<br><br>    v.<br><br>KELLY SANTORO,<br><br>        Respondent. | Case No. 2:21-cv-09446-RGK (MAA)<br><br>**ORDER ACCEPTING REPORTS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGES** |

In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation of United States Magistrate Judge Jean P. Rosenbluth (Dkt No. 51) to grant Respondent's motion to dismiss the petition as unexhausted ("R&R"); the Supplemental Report and Recommendation of United States Magistrate Judge Maria A. Audero (Dkt No. 59) to deny Petitioner's motion for a *Rhines* stay ("SR&R"); Petitioner's Objections to both the R&R and the SR&R (Dkt Nos. 55, 60); and any pertinent records as needed.

The Court has reviewed de novo those identifiable portions of both the R&R and the SR&R to which Petitioner has timely and properly objected. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).  The Court finds that nothing in Petitioner's Objections affects the material findings and conclusions in either the R&R or the SR&R.  The Court thus approves and accepts both the R&R and the SR&R.

Accordingly, IT IS ORDERED THAT:

1. Petitioner's motion for a *Rhines* Stay (Dkt No. 53) is DENIED for the reasons stated in the SR&R.

2. Respondent's motion to dismiss the petition (Dkt No. 43) as unexhausted is GRANTED for the reasons stated in the R&R.

3. Judgment will be entered dismissing this habeas action without prejudice for lack of exhaustion.

IT IS SO ORDERED.

DATED: 7/7/2026

R. GARY KLAUSNER
United States District Judge

2