JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LASHAUN PRICE,<br><br>     Petitioner,<br><br>  v.<br><br>KELLY SANTORO,<br><br>     Respondent. | Case No. 2:21-cv-09446-RGK (MAA)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Reports and Recommendations of the United States Magistrate Judges, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is DISMISSED without prejudice for lack of exhaustion.

DATED: 7/7/2026

_____
R. GARY KLAUSNER
United States District Judge